



## MEMORANDUM OPINION

No. 04-10-00856-CV

Adam E. **SALAZAR**,
Appellant

v.

Roberto D. **ROSS**, M.D.,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-02712
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  June 8, 2011

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on April 25, 2011, has not been filed.  On May 6, 2011, this court ordered appellant to show cause in writing by May 23, 2011, why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  The appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM